# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162637(80)

RONALD GRAVES,
      Plaintiff-Appellee/
      Cross-Appellant,

v

SERGEANT GARY HEDGER,
      Defendant-Appellant/
      Cross-Appellee,

and

DEPUTY KURT POTRATZ, DEPUTY
CHARLES MYERS, and DEPUTY
MELISSA CRAIN,
      Defendants-Appellees.
_____/

SC: 162637
COA: 346257
Monroe CC: 17-140310-NO

On order of the Chief Justice, the motion of cross-appellee to extend the time for filing his answer to the cross-application is GRANTED. The answer submitted on July 27, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2021



Clerk